# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS STEVEN LOPEZ,<br>Petitioner<br>v.<br>WARREN MONTGOMERY,<br>Respondent. | Case No. SACV 19-00123-JVS (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order: Dismissing Petition With Prejudice For Untimeliness; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: June 05, 2019.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE